UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDUANIS LOMBILLO DIAZ,

      Petitioner,

v.                                                        Case No. 3:26-cv-500-MMH-SJH

WARDEN, BAKER CORRECTIONAL
INSTITUTION, et al.,

      Respondents.

_____

## **ORDER**

1.     The **Clerk of Court** shall send a copy of the Second Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 7) and this Order by **e-mail** to the United States Attorney for the Middle District of Florida (USAFLM.JAX.Civil.NewCases@usdoj.gov); and by **certified mail** to the Director of Enforcement and Removal Operations, Miami Field Office, 865 S.W. 78th Avenue, Suite 101, Plantation, FL 33324; the Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530; and Warden or Facility Director, North Florida Detention Center, 20706 U.S. Highway 90 West, Sanderson, Florida 32087. All costs of service shall be advanced by the United States.

2. Respondents, within **30 days** from the date of this Order, shall respond to the Second Amended Petition, and show cause why the Second Amended Petition should not be granted.

3. If Petitioner is removed from the United States or otherwise released from custody, Respondents must file a notice within **3 days** of Petitioner's change in custody.

4. If Petitioner is not represented by counsel, Petitioner must keep the Court apprised of Petitioner's current mailing address at all times, including if Petitioner is released. If Petitioner fails to do so, the Court may dismiss the action.

5. The parties must mark for identification all transcripts, briefs, affidavits, and other documentary exhibits and, if more than one, submit a table of contents or index (with a title, description, and date of each document). The Court will strike and return any exhibits that do not comply with these requirements. If a party relies on a deposition, the entire transcript must be filed.

6.     After Respondents file a response, Petitioner shall have **30 days** to file a reply to Respondents' response.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of April, 2026.

MARCIA MORALES HOWARD
United States District Judge

caw 4/13
c:
Counsel of Record